IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANGELINE M. MARSH, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV157 |
| | ) | |
| v. | ) | |
| | ) | |
| KARIN L. NOAKES, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis (Filing No. 6). Upon review of plaintiff's Motion, the Court finds that plaintiff is financially eligible to proceed in forma pauperis.

IT IS ORDERED that leave to proceed in forma pauperis is provisionally granted, and the complaint shall be filed without payment of fees.

DATED this 9th day of June, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court